AO 91 (REV.5/85) Criminal Complaint        SAUSA DARRYL J. ROSSINI (312) 829-8929

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
APR 17 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

ENRIQUE JAQUEZ

**CRIMINAL COMPLAINT**

<u>UNDER SEAL</u>

CASE NUMBER:

**15 CR 218**
MAGISTRATE JUDGE COX

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief: On or about April 15, 2015, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division, ENRIQUE JAQUEZ, defendant herein:

did move and travel in interstate commerce to avoid prosecution for the Illinois felonies of Attempted Murder and Home Invasion.

in violation of Title 18, United States Code, Section 1073. I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Signature of Complainant
Matthew D. Darby
Special Agent

Sworn to before me and subscribed in my presence,

April 17, 2015                    at     Chicago, Illinois
Date                                     City and State

Susan E. Cox, U.S. Magistrate Judge
Name & Title of Judicial Officer         Signature of Judicial Officer

UNITED STATES DISTRICT COURT    )
                                )   ss
NORTHERN DISTRICT OF ILLINOIS   )

## AFFIDAVIT

I, MATTHEW D. DARBY, being duly sworn under oath, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for the past 16 years. I am assigned to the West Suburban Street Gang Task Force and investigate various crimes, including fugitive investigations.

2. The information in this affidavit is based upon my participation in this investigation, including, but not limited to, reports I read and conversations I had with individuals personally knowledgeable of the events and circumstances described herein. The information outlined below is provided for the limited purpose of establishing probable cause and, therefore, does not contain all the details or facts of which I am aware concerning this investigation.

3. On March 27, 2015, the Aurora Police Department identified ENRIQUE JAQUEZ as the offender of a Home Invasion and Attempted Homicide in Kane County, Illinois. This incident occurred at 1845 Brighton Circle, Aurora, Illinois. The witness, an ex-girlfriend of JAQUEZ, and the mother of their middle-school-aged child, reported that JAQUEZ came to her residence and initiated an altercation with both her and the victim, Juan Gomez. The victim attempted to run out of the residence and JAQUEZ fired two rounds at the victim, striking him once in the torso. JAQUEZ then fled the area in a gold colored Chevrolet Tahoe.

4. On March 28, 2015, after JAQUEZ was charged with Home Invasion, Attempted Murder, and several other Illinois felonies, the Circuit Court of Kane County, Illinois issued a warrant for his arrest. A copy of the arrest warrant is attached to this affidavit.

5. On April 15, 2015, the witness reported to law enforcement that she was receiving calls from a blocked telephone number. The witness did not answer the first call at 8:56 a.m., but did answer the next call at 8:57 a.m. The witness immediately recognized the male voice on the phone as that of JAQUEZ. JAQUEZ said to the witness, "Hey, how you doing?", and the witness got scared and hung up the telephone. The witness received two more blocked calls, at 8:58 a.m. and 9:03 a.m., which the witness did not answer. The witness reported this activity to the Aurora Police Department ("APD").

6. The witness received another blocked call at 10:09 a.m. The witness answered this call and heard JAQUEZ laughing in a taunting manner. The witness hung up the telephone and also reported this to the Aurora Police Department.

7. APD investigator Alex Martyn confirmed the 8:57 a.m. and 10:09 a.m. incoming call times from the blocked number used by JAQUEZ by observing the call log on the witness's telephone.

8. Data provided by witness's service provider identified telephone number 646-589-2591 as the number calling the witness's cellular telephone at both 8:57 a.m. and 10:09 a.m.

9. A court order was signed on April 15, 2015, in the Circuit Court of Kane County, Illinois by Judge D.J. Tegeler ordering AT&T Mobility to provide telecommunications records and installation of a pen register and/or trap and trace device and/or caller ID for telephone number 646-589-2591. The pen register has shown that this telephone is currently located in McAllen, Texas.

10. On April 16, 2015, at 10:32 a.m., the witness received a telephone call from 646-589-2591. The witness again identified the voice on the telephone call as that of JAQUEZ.

11. The pen register captured this telephone call and placed the telephone in McAllen, Texas at the time of the call. Additional pen register activations on April 16, 2015, also place the

telephone in McAllen, Texas.

12. Based upon the information contained in this affidavit, I believe ENRIQUE JAQUEZ fled the State of Illinois to avoid prosecution for the Illinois felonies of Attempted Murder and Home Invasion.

13. The Kane County State's Attorney's Office and Aurora Police Department will extradite JAQUEZ when he is apprehended.

FURTHER AFFIANT SAYETH NOT.

MATTHEW D. DARBY
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on April 17, 2015,

SUSAN E. COX
United States Magistrate Judge

# IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
## KANE COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

Case No. 15CF506

_____ A Municipal Corporation, Plaintiff,

DCN No. _____

## ARREST WARRANT
### TO ALL PEACE OFFICERS IN THE STATE OF ILLINOIS - GREETINGS:

You are hereby commanded to arrest the defendant designated herein and bring said person without unnecessary delay before a Judge of the Circuit Court for the Sixteenth Judicial Circuit, Kane County, Illinois, in the Courtroom and in the City or Village designated herein, or if absent or unable to act, before the nearest or most accessible Court in said County, to answer a charge made against said person in violation of Illinois Compiled Statutes as set forth. You are hereby directed to hold said person to bail in the amount set forth herein.

*[Clerk stamp: Thomas M. Hartwell, Clerk of the Circuit Court, Kane County, Illinois, 3/28/15, FILED/IMAGED]*

☒ Probable Cause Found for Arrest Warrant to Issue
☐ Defendant Failed to Appear, Failure to Appear Warrant to Issue
☐ Interstate Compact Case

### DEFENDANT

| LAST NAME | FIRST NAME | (M.I) | (Ti) |
|---|---|---|---|
| JAQUEZ | ENRIQUE | B | |

| DRIVER'S LIC NO | DRIVER'S LIC STATE | PHONE NUMBER | |
|---|---|---|---|
| J220-2027-9118 | IL | | |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 316 PEARL ST | AURORA | IL | 60505-0000 |

| DATE OF BIRTH | RACE | SEX | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| 04251979 | W | M | 510 | 220 | BRO | BLACK |

PHYSICAL MARKS OR SCARS

### OFFENSE

COMPLAINANT
ALEXANDRA MARTYN

| DATE OF OFFENSE | ARRESTING AGENCY | REPORT NUMBER | CASE STATUS |
|---|---|---|---|
| March 27, 2015 | AURORA POLICE DEPARTMENT | 155682 | CSPR |

| ALLEGED OFFENSE | CITATION | CLASS |
|---|---|---|
| MURDER/INTENT TO KILL/INJURE | 720 5/9-1(a)(1) | X |
| HOME INVASION/GREAT BOD HARM | 720 5/19-6(a)(5) | X |
| AGG BATTERY/DISCHARGE FIREARM | 720 5/12-3.05(e)(1) | X |
| FELON POSS/USE WEAPON/FIREARM | 720 5/24-1.1(a) | 3 |
| AGG DISCHARGE FIREARM/VEH/SCH | 720 5/24-1.2(a)(2) | X |

### SERVICE OF THIS WARRANT IS LIMITED TO
Nationwide

### BOND

| BAIL IS SET AT | BOND TYPE | NEXT COURT DATE | HOUR | | JUDGE |
|---|---|---|---|---|---|
| $300,000.00 | 10% | 03/28/16 | 9:00 | AM | Barsanti |

| COURT LOCATION AND ADDRESS | ROOM NUMBER |
|---|---|
| Kane County Judicial Center, 37W777 Rt. 38, St. Charles, IL | 319 |

☐ Plus $75.00 statutory Failure to Appear fee, pursuant to 725 ILCS 5/110-7(i)

### JUDGE MORROW

| DATE | SIGNATURE |
|---|---|
| 3/28/15 | Morrow, Robert — Digitally signed by Morrow, Robert, DN: cn=Morrow, Robert, email=MorrowRobert@co.kane.il.us, o=Kane County. Date: 2015.03.28 09:14:21 -05'00' |

# ARREST WARRANT - Continue

Case No. <u>15CF506</u>

| FEES | | | |
|---|---|---|---|
| SERVICE + RETURN | MILEAGE | MISC. FEES | TOTAL |

**RETURN OF SERVICE**

I have executed this warrant by arresting the within Named defendant on the day and time indicated below.

| POLICE AGENCY | DATE SERVED | TIME SERVED | OFFICER | BADGE NUMBER |
|---|---|---|---|---|