UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

**JUN 09 2022**

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 15 CR 218 |
| v. | ) | |
| | ) | Magistrate Judge Cox |
| SUPPRESSED | ) | |

## MOTION TO UNSEAL ARREST WARRANT, CRIMINAL COMPLAINT AND SUPPORTING AFFIDAVIT

Now comes the UNITED STATES OF AMERICA by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Unseal the Arrest Warrant, Criminal Complaint and Supporting Affidavit in the instant matter:

On April 17, 2015, United States Magistrate Judge COX issued an Order sealing the arrest warrant, complaint and supporting affidavit in the instant matter. Defendant was subsequently located and arrested by the El Paso, Texas Police Department on September 22, 2018. As knowledge of the facts in the affidavit supporting the complaint will no longer jeopardize the integrity of the ongoing federal fugitive investigation, the Government respectfully requests that the arrest warrant, criminal complaint and supporting affidavit be unsealed.

1

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney


By: /s/ Todd E. Carroll

―――――――――――――――――
TODD E. CARROLL
Special Assistant United States Attorney
312-829-7498

Date: June 9, 2022